Abdula L. **JACKSON**, Petitioner,

v.

**GOVERNMENT PRINTING OFFICE, Respondent.**

No. 2012–3198.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2013.

Joseph M. Hannon, Jr., Hannon Law Group, of Washington, DC, argued for pe-

titioner. With him on the brief was Daniel S. Crowley.

Joshua E. Kurland, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director.

REYNA, MAYER, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**